UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 22-5891 FMO (MRWx) | Date | August 25, 2022 |
|---|---|---|---|
| Title | Janet Majewski v. Meta Platforms, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):             Attorney Present for Defendant(s):

None Present                                                None Present

**Proceedings:**      (In Chambers) Order Re: Remanding Action

   In light of the Notice of Withdrawal of Defendants' Notice of Removal of Action, (Dkt. 10), IT IS ORDERED THAT:

   1. This action shall be **remanded** to the Superior Court of the State of California for the County of Los Angeles.

   2. The Clerk shall send a certified copy of this Order to the state court.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | gga |